

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PHILLIP KIM<br>Special Federal Litigation<br>Phone:(212) 788-0845<br>Fax:(212) 788-9776<br>E-mail:pkim@law.nyc.gov |
|---|---|---|

May 2, 2005

**BY ECF ONLY**
Honorable Marilyn Dolan Go
United Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Patrick Holness v. City of New York, et al.</u>
      03 CV 5598 (NG)(MDG)

Your Honor:

    I represent defendants in the above referenced civil action. I write to advise the Court that the parties have agreed to resolve this action via settlement. I am in the process of forwarding to plaintiff the requisite paperwork memorializing the settlement—including a stipulation and order of settlement and discontinuance—under separate cover. Upon receipt of the original copy, I will forward it to Judge Townes' chambers for her endorsement.

    Accordingly, defendants respectfully request that the June 15, 2005 11:00 a.m. settlement conference be cancelled as moot.

    Thank you for your consideration.

                     Respectfully submitted,

                     Phillip Kim (PK 9384)

cc: Honorable Sandra L. Townes, UDSJ (by ECF ONLY)
   Jonathan Damashek, Esq. (by fax (212) 490-4800)